# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

U.S.A. vs. EVANS, Dustin T.                          Docket No.: 1:15CR00155-001

The Court may enter a minute order for any of the following options:

Warrant Requests Only - To help ensure the safety of law enforcement officers while a warrant is active, we ask that you not enter a minute order. Rather, please print and sign this document and, if you concur with the request for a warrant, provide all pages to your Court Room Deputy Clerk who will enter a sealed minute order and process the warrant for service without alerting the public or the offender.  After the warrant is executed, the Deputy Clerk will unseal the warrant unless otherwise directed by the Court.

THE COURT ORDERS:

☒      Concurs with the recommendation of the Probation Office to *"take no action at this time to allow disposition of the pending matter and modify the condition of supervised release to include:*

*Mental Health Treatment- You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).*

_____
John D. Bates
United States District Judge

_____
May 4, 2021
Date